IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br><br>JOHN DOE, subscriber assigned IP address 100.34.65.139,<br><br>                Defendant. | CIVIL ACTION<br>NO. 18-1352 |

## ORDER

**AND NOW**, this 23rd day of May 2018, upon consideration of Plaintiff's Voluntary Dismissal with Prejudice of John Doe (Doc. No. 6), it is **ORDERED** that:

1. The action is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. The Clerk of Court shall close the above-captioned case for statistical purposes.


BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.